

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00346-CV

Peter Henry **NAUMBURG**,
Appellant

v.

Neida Courtney **NAUMBURG**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-000043
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against appellant.

SIGNED September 16, 2015.

_____
Sandee Bryan Marion, Chief Justice